UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| QUENTIN P. BRUGUIER, JR., | 4:21-CV-04129-KES |
| Movant, | |
| vs. | GOVERNMENT'S ANSWER TO PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to Rule 5 of the Rules for § 2255 Proceedings, the United States makes its answer to the allegations set forth in Petitioner's motion.

## RESPONSE TO PETITIONER'S ALLEGATIONS

The United States hereby denies each and every allegation set forth in the motion unless expressly admitted herein.

Plaintiff has failed to state a claim for relief, and this Court does not have jurisdiction to proceed.

The United States refers the parties and the court to the memorandum in support of this answer, which is incorporated herein by reference.

Dated and electronically filed October 22, 2021.

DENNIS R. HOLMES
Acting United States Attorney

　　/s/ *Stephanie C. Bengford*　　
STEPHANIE C. BENGFORD
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605) 357-2341
Email: stephanie.bengford@usdoj.gov

2 | P a g e

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2021, a true and correct copy of the foregoing was served upon the following person, by placing the same in US Mail, postage prepaid, and addressed as follows:

Quentin Peter Bruguier, Jr.
07587-073
TUCSON FCI
Inmate Mail/Parcels
8901 S. Wilmot Road
Tucson, AZ 85706

/s/ *Stephanie C. Bengford*
STEPHANIE C. BENGFORD
Assistant United States Attorney